# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. EMERSON PARK, <br><br>　　　　　　Plaintiff-Relator, <br><br>　v. <br><br>LEGACY HEART CARE LLC, et al. <br><br>　　　　　　Defendants. | Civil Action No.: 3:16-cv-00803-S |

**[PROPOSED] ORDER GRANTING
PARTIES' JOINT MOTION FOR EXTENSIONS OF TIME AND TO SET BRIEFING
SCHEDULE ON DEFENDANTS' JOINT MOTION FOR ATTORNEYS' FEES AND
DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS**

This matter comes before the Court on Plaintiff-Relator and Defendants' Joint Motion for Extensions of Time and to Set Briefing Schedules on Defendants' Joint Motion for Attorneys' Fees and Defendants' Anticipated Motions to Dismiss (the "Motion"), filed on December 3, 2018. Having considered the Motion and the grounds stated therein, the Court finds that the Motion is meritorious and should be **GRANTED**.

IT IS THEREFORE **ORDERED** that the parties shall file briefs in accordance with the following schedule:

- ***Defendants' Joint Motion for Attorneys Fees:*** Relator's opposition due on January 4, 2018 with Defendants' optional reply due on January 18, 2018.

- ***Defendants' Motion(s) to Dismiss:*** Defendants' motion(s) due on January 4, 2018, Relator opposition(s) due on February 4, 2018, and Defendants' optional reply(ies) due on February 19, 2018.

**SO ORDERED** this ____ day of December, 2018.

———————————————————

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE